IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SEAN SMITH** | : | CIVIL ACTION |
| on Behalf of Himself and all | : | |
| Others Similarly Situated | : | NO. 07-1905 |
| | : | |
| v. | : | |
| | : | |
| **GRAYLING CORPORATION** | : | |

## ORDER

**AND NOW**, this 19th day of August, 2008, upon consideration of the Plaintiff's Motion for Final Approval of Class Action Settlement (Document No. 43), and after hearings on April 9, 2008 and August 19, 2008, the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The Settlement Agreement, which is incorporated into this Order, is **APPROVED** as fair, reasonable and adequate.

2. Notice has been provided to all persons in the class as required by the Order of April 9, 2008, and the notice satisfies the requirements of Federal Rule of Civil Procedure 23(c).

3. The Class Representative and the class members and all persons claiming by or through them are **PERMANENTLY BARRED and ENJOINED** from instituting, commencing and/or prosecuting, directly or indirectly, any claim, suit or proceeding against the defendant with respect to any and all settled claims against the defendant. The settlement claims are compromised, settled, released, remised, discharged and dismissed as against the defendant on the merits and with prejudice in accordance with the terms of the Settlement Agreement.

4. The defendant shall provide three vouchers, with a value of $7.00 each, to

each member of the Settlement Class who properly and timely submits a voucher claim form.

5. Class Representative Sean Smith shall receive an award of $3,000.00 from the defendant in consideration of his service as Class Representative.

6. The defendants shall fund all administrative expenses associated with this settlement.

7. The parties are directed to carry out their obligations in conformity with this Order.

8. This action is **DISMISSED** with prejudice.

9. The Court retains jurisdiction over this action, the parties and each of the class members for all matters relating to this action and the Settlement Agreement, including those matters relating to the administration, interpretation, effectuation and/or investment of the Settlement Agreement and this Order.

10. The Clerk is directed to enter this order as a **FINAL JUDGMENT** pursuant to Fed. R. Civ. P. 58.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.